**Order filed July 10, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00343-CV
_____

**VINCENT LILLY, Appellant**

**V.**

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL, Appellee**

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 74682I**

## ORDER

According to information provided to this court, this is an appeal from a final judgment signed March 31, 2014. Appellant filed an affidavit of indigence. *See* Tex. R. App. P. 20.1. No contest was timely filed. Accordingly, we issue the following order:

The Brazoria County District Clerk is ordered to file the clerk's record for this appeal, containing the required contents listed in Texas Rule of Appellate Procedure 34.5(a), with the clerk of this court on or before **August 11, 2014.**

PER CURIAM